HUMPHREY LAW GROUP
RUSSELL S. HUMPHREY (SBN 208744)
1420 S. Mills Avenue, Suite H
Lodi, CA  95242
Telephone: 209-625-8976
Facsimile:  209-625-8673
Email: russell@humphreylawgroup.net
Attorney for Plaintiff Bruce Jackson

MAYALL, HURLEY, KNUTSEN, SMITH & GREEN
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, CA 95207-8253
STEVEN A. MALCOUN (SBN 084946)
NICHOLAS J. SCARDIGLI (SBN 249947)
Telephone: 209-477-3833
Facsimile:  209-473-4818
Email: smalcoun@mayallaw.com
Attorneys for Defendants,
Angelina's Spaghetti House, Sam Taylor, Steve Copello

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE JACKSON, | No.  2:11-cv-02530-LKK-DAD |
| Plaintiff, | STIPULATION AND PROPOSED ORDER REQUESTING CONTINUANCE OF STATUS CONFERENCE |
| vs. | |
| ANGELINA'S SPAGHETTI HOUSE, SAM TAYLOR, STEVE COPELLO, | Status Conference: December 12, 2011 1:30 p.m. Courtroom 4 |
| Defendants. | Judge Lawrence K. Karlton |

Plaintiff, BRUCE JACKSON, and Defendants, hereby stipulate to an extension of time in which to continue the pretrial conference of December 12, 2011.  Plaintiff's attorney, Russell S. Humphrey, is scheduled to be out of state December 12-16, 2011 and December 26-30.  Plaintiff

---
**STIPULATION & PROPOSED ORDER REQUESTING CONTINUANCE OF PTC**
**Page 1**

and defendant's counsel have agreed to continue the above matter to December 20, 21 or 22, 2011.

DATED:  December 5, 2011

          **HUMPHREY LAW GROUP**


          By_____S/S___RUSSELL S. HUMPHREY
             RUSSELL S. HUMPHREY, ESQ.

DATED:  December 5, 2011

          **STEVEN A. MALCOUN, ESQ.**


          By_____S/S___STEVEN A. MALCOUN
             STEVEN A. MALCOUN, ESQ.


             **ORDER**


   IT IS HEREBY ORDERED THAT the status conference is continued to February 21, 2012 at 3:00 p.m.  The parties shall file updated status reports fourteen (14) days prior to the status conference.


Dated:  December 7, 2011

             _____
             LAWRENCE K. KARLTON
             SENIOR JUDGE
             UNITED STATES DISTRICT COURT